Certificate Number: 05781-NYS-DE-041513130

Bankruptcy Case Number: 26-22943

05781-NYS-DE-041513130

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 26, 2026, at 6:02 o'clock AM PDT, Garfield Harris completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of New York.

Date: October 2, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President